1  HARVEY SISKIND LLP
   Ian K. Boyd (State Bar No. 191434)
2  Seth I. Appel (State Bar No. 233421)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Tel: (415) 354-0100
   Fax: (415) 391-7124
5
   Attorneys for Defendant
6  ALLIED INTERNATIONAL
   CREDIT CORP., (U.S.)
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| | |
|---|---|
| JIMMY L. CASTRO, an individual<br><br>              Plaintiff,<br><br>    v.<br><br>ALLIED INTERNATIONAL CREDIT CORP. (U.S.),<br><br>              Defendant. | Case No. C 05-4548 JCS<br><br>**STIPULATION EXTENDING TIME FOR FILING RESPONSE TO COMPLAINT** and ORDER<br>[Civil Local Rule 6-1(a)] |

1   IT IS HEREBY STIPULATED by and between the parties to the above-captioned action,
2   pursuant to Civil Local Rule 6-1(a), that defendant Allied International Credit Corp., (U.S.) shall
3   have until Thursday, January 5, 2006 to timely respond to plaintiff Jimmy L. Castro's complaint.
4   This stipulation will not alter the date of any event or any deadline already set by the Court.

Dated: December 22, 2005          HARVEY SISKIND LLP

                                  By: _____
                                         Ian K. Boyd

                                  Attorneys for Defendant
                                  ALLIED INTERNATIONAL CREDIT CORP., (U.S.)

Dated: December 22, 2005          THE BERG LAW GROUP

                                  By: _____
                                         Irving L. Berg

                                  Attorneys for Plaintiff
                                  JIMMY L. CASTRO

Dated: January 3, 2006

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

-1-
STIPULATION EXTENDING TIME FOR FILING RESPONSE TO COMPLAINT
Case No. C 05-4548 JCS